**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6540**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

DAVID WILLIAM MCCONNELL,

        Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Frank W. Volk, Chief District Judge.  (5:22-cr-00124-1)

Submitted:  November 19, 2024                                        Decided:  November 22, 2024

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David William McConnell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David William McConnell appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. The district court found that McConnell was ineligible for the reduction because his instant offense of conviction was a sex offense. *See* U.S. Sentencing Guidelines Manual § 4C1.1(a)(5), (b)(2) (2023).

Before addressing the merits of McConnell's appeal, we grant McConnell's pending motion to seal the exhibits accompanying his informal brief. In addition, we have reviewed the record and McConnell's arguments on appeal, and we discern no reversible error. Accordingly, we affirm the district court's order. *United States v. McConnell*, No. 5:22-cr-00124-1 (S.D. W. Va. May 17, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*